# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ○ YES ● NO

**DOCKET NUMBER:** 5:26-cr-8-SCR

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** **:US vs** Tamoje Anderson

**COUNTY OF OFFENSE** : Catawba

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* :

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : Arrest Warrant

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ○ Petty ○ Misdemeanor ● Felony

Tile 18, United States Code, Section 922(g)(1)

**JUVENILE:** ○ Yes ● No

**ASSISTANT U. S. ATTORNEY** : William Wiseman

**VICTIM/WITNESS COORDINATORS:** N/A

**INTERPRETER NEEDED** : No

**LIST LANGUAGE AND/OR DIALECT:** N/A

**REMARKS AND SPECIAL INSTRUCTIONS:** N/A