IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.:  5:26-cr-00008-SCR-UMJ |
| | ) | |
| v. | ) | **PETITION FOR WRIT OF HABEAS** |
| | ) | **CORPUS AD PROSEQUENDUM** |
| TAMOJE ANDERSON | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for **Tamoje Anderson, W/M, DOB 06/15/2002**, who is presently detained in the **Catawba County Jail**, for his appearance before the Court in the Western District of North Carolina, in the City of Charlotte, North Carolina, on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

Movant further prays that said Writ direct that immediately after the disposition of the above-captioned case, as well as any other related federal charges that may be filed against the Defendant, that the United States Marshals Service shall return the Defendant to the **Catawba County Jail**, under safe and secure conduct.

RESPECTFULLY SUBMITTED, this 19th day of March 2026.

RUSS FERGUSON

UNITED STATES ATTORNEY

*/s/ William Wiseman*

_____
WILLIAM WISEMAN, NC Bar # 48242
SPECIAL ASSISTANT US ATTORNEY
Office of the United States Attorney
227 West Trade Street, Suite 1700
Charlotte, NC 28202
Telephone: (704) 344-6222
Facsimile: (704) 344-6629
Email: william.wiseman@usdoj.gov