**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:26-CR-008-SCR**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **WRIT OF HABEAS CORPUS** |
| **v.** | ) | **AD PROSEQUENDUM** |
| | ) | |
| **TAMOJE ANDERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO: Catawba County Jail

    **IT IS ORDERED** that you have the body of Tamoje Anderson, JID # 25-108461, B/M, DOB 06/15/2002, detained in your facility, under safe and secure conduct, brought before the Honorable   David C. Keesler  , United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before   March 31, 2026   at  10:30  am/pm, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

    **IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Catawba County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against Defendant.

    The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Catawba County Jail, and the United States Attorney.

    **SO ORDERED**.

Signed: March 25, 2026

David C. Keesler
United States Magistrate Judge