5:26-CR-00008          UNITED STATES OF AMERICA v. TAMOJE ANDERSON

FILED
Charlotte
Mar 30 2026
U.S. District Court
Western District of N.C.

Writ of Habeas Corpus Ad Prosequendum is **RETURNED UNEXECUTED**.  Per notification from Catawba County Jail on 3-30-2026, inmates state charges in Catawba County have been dismissed and inmate is being placed in federal custody at Catawba County Jail.

Terry J. Burgin, USM

By: Carla Richardson, AO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:26-CR-008-SCR

UNITED STATES OF AMERICA,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　) **WRIT OF HABEAS CORPUS**
　　　　　　　　　　　　　　　　　　) **AD PROSEQUENDUM**
TAMOJE ANDERSON,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)

**RECEIVED**
**UNITED STATES MARSHAL**
**12:23 pm, Mar 26 2026**
**WESTERN NORTH CAROLINA CHARLOTTE**

TO:　The Director, Bureau of Prisons, Washington, D.C.
TO:　U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO:　Catawba County Jail

**IT IS ORDERED** that you have the body of Tamoje Anderson, JID # 25-108461, B/M, DOB 06/15/2002, detained in your facility, under safe and secure conduct, brought before the Honorable ___David C. Keesler___, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before ___March 31, 2026___ at _10:30_ am/~~pm~~, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Catawba County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against Defendant.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Catawba County Jail, and the United States Attorney.

　　　**SO ORDERED**.

Signed: March 25, 2026

David C. Keesler
United States Magistrate Judge